UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

MICHAEL SEAVER,

   Plaintiff,

v.                                    CASE NO.:  2:16-cv-00586-SPC-CM

CITIBANK, NATIONAL ASSOCIATION,

   Defendant.
_____/

## **NOTICE OF SETTLEMENT**

      Plaintiff, Michael Seaver, by and through his undersigned counsel, hereby notifies the Court that the parties, Plaintiff, Michael Seaver, and Defendant, Citibank, National Association, have reached a settlement with regard to this case, and are presently drafting, finalizing, and formalizing such. Upon execution of the same and certain terms of the agreement, the parties will file the appropriate dismissal documents to dismiss this matter with prejudice.

                                                  */s/ Jared M. Lee*
                                              Jared M. Lee, Esquire
                                              Florida Bar No.:  0052284
                                              Morgan & Morgan, Tampa, P.A.
                                              20 N. Orange Avenue, Suite 1600
                                              Orlando, FL 32801
                                              Tele:  (407) 420-1414
                                              Fax:  (407) 245-3485
                                              JLee@ ForThePeople.com
                                              MHoilett@ForThePeople.com
                                              *Counsel for Plaintiff*

## **CERTIFICATE OF SERVICE:**

I HEREBY CERTIFY on this 20th day of July 2017, I electronically filed the foregoing document with the United States District Court, Middle District of Florida, Fort Myers Division by using the CM/ECF system. I certify the following parties or their counsel of record are registered as ECF Filers and that they will be served by the CM/ECF system:

John L. Dicks II
Florida Bar No.: 89012
**AKERMAN LLP**
john.dicks@akerman.com
caren.collier@akerman.com
401 East Jackson St., Suite 1700
Tampa, Florida 33602
Phone: 813-223-7333
Fax: 813-218-5410

and

Jacob A. Brown
Florida Bar No. 0170038
jacob.brown@akerman.com
leilani.caylao@akerman.com
jennifer.meehan@akerman.com
50 North Laura Street, Suite 3100
Jacksonville, Florida 32202
Phone: (904) 798-3700
Fax: (904) 798-3730
*Counsel for Defendant, Citibank, National Association*