UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

MICHAEL SEAVER,

    Plaintiff,

v.                                             CASE NO.: 2:16-cv-00586-SPC-CM

CITIBANK, NATIONAL ASSOCIATION,

    Defendant.

_____/

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

Plaintiff, Michael Seaver, and Defendant, Citibank, National Association, and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), hereby stipulate to dismiss, with prejudice, each claim and count therein asserted by Plaintiff against Defendant in the above styled action, with Plaintiff and Defendant to bear their own attorney's fees, costs and expenses.

Respectfully submitted this 25th day of September, 2017

| | |
|---|---|
| /s/ Jared M. Lee | /s/ John L. Dicks |
| Jared M. Lee, Esquire | John L. Dicks II |
| Florida Bar No.: 0052284 | Florida Bar No.: 89012 |
| Morgan & Morgan, Tampa, P.A. | AKERMAN LLP |
| 20 N. Orange Ave., Ste. 1600 | john.dicks@akerman.com |
| Orlando, FL 32801 | caren.collier@akerman.com |
| Tele: (407) 420-1414 | 401 East Jackson St., Suite 1700 |
| Fax: (407) 245-3485 | Tampa, Florida 33602 |
| Email: JLee@ForThePeople.com | Phone: 813-223-7333 |
| MHoilett@ForThePeople.com | Fax: 813-218-5410 |
| *Counsel for Plaintiff* | |
| | Jacob A. Brown |
| | Florida Bar No. 0170038 |
| | jacob.brown@akerman.com |
| | leilani.caylao@akerman.com |

jennifer.meehan@akerman.com
50 North Laura Street, Suite 3100
Jacksonville, Florida 32202
Phone: (904) 798-3700
Fax: (904) 798-3730
*Counsel for Defendant, Citibank, National Association*